FILED
2006 Jul-05 AM 11:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **LALORIA MARSH,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| vs. | ) Civil Action No. CV-04-S-3427-S |
| | ) |
| **PERSONNEL BOARD OF JEFFERSON COUNTY, ALABAMA,** | ) |
| | ) |
| **Defendant** | ) |

## FINAL JUDGMENT

On May 30, 2006, the magistrate judge's report and recommendation was entered and the parties were allowed therein ten (10) days in which to file objections to the recommendations made by the magistrate judge. No party objected to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, and the magistrate judge's report and recommendation, the court hereby ADOPTS the report and ACCEPTS the recommendations of the magistrate judge. Accordingly, it is ORDERED, ADJUDGED and DECREED that none of plaintiff's claims are subject to the grievance procedures set out in the Rules of the Jefferson County Personnel Board and this action hereby is DISMISSED WITH PREJUDICE.

DONE this 5th day of July, 2006.

                                                                           _____
                                                                           United States District Judge